| B104 (Rev. 2/92) | **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|---|
| **PLAINTIFFS** MICHAEL J MCHUGH | **DEFENDANTS** STEVE TARBELL | |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) MATTHEW BILLET | **ATTORNEYS** (If Known) | 2005 FEB 7 A 9: 40 BANKRUPTCY COURT WORCESTER, MA — FILED IN CLERK'S OFFICE |

**PARTY** (Check one box only)  ☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT  ☐ 3 U.S. NOT A PARTY

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

THIS IS A JUDGMENT THAT WAS AWARDED BY GARDNER SMALL CLAIMS COURT. STEVE TARBELL IS TRYING TO HAVE IT DISCHARGED BY A BANKRUPTCY

**NATURE OF SUIT**
(Check the one most appropriate box only.)

- ☐ 454 To recover money or property
- ☐ 435 To determine validity, priority, or extent of a lien or other interest in property
- ☐ 458 To obtain approval for the sale of both the interest of the estate and of a co-owner in property
- ☐ 424 To object or to revoke a discharge 11 U.S.C. § 727
- ☐ 455 To revoke an order of confirmation of a Chap. 11, Chap. 12, or Chap. 13 Plan
- ☒ 426 To determine the dischargeability of a debt 11 U.S.C. § 523
- ☐ 434 To obtain an injunction or other equitable relief
- ☐ 457 To subordinate any allowed claim or interest except where such subordination is provided in a plan
- ☐ 456 To obtain a declaratory judgment relating to any of the foregoing causes of action
- ☐ 459 To determine a claim or cause of action removed to a bankruptcy court
- ☐ 498 Other (specify)

**ORIGIN OF PROCEEDINGS** (Check one box only.)  ☒ 1 Original Proceeding  ☐ 2 Removed Proceeding  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another Bankruptcy Court  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND** NEAREST THOUSAND $ 3,000  **OTHER RELIEF SOUGHT**  ☐ JURY DEMAND

**BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES**

| NAME OF DEBTOR | BANKRUPTCY CASE NO. |
|---|---|
| STEVE TARBELL | 04-46122 |
| DISTRICT IN WHICH CASE IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| MASSACHUSETTS | | HENRY J. BOROFF |

**RELATED ADVERSARY PROCEEDING (IF ANY)**

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT | DIVISIONAL OFFICE | NAME OF JUDGE |

**FILING FEE** (Check one box only.)  ☒ FEE ATTACHED  ☐ FEE NOT REQUIRED  ☐ FEE IS DEFERRED

| DATE | PRINT NAME | SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|---|---|
| 7 FEB 2005 | MICHAEL MCHUGH | Michael J. McHugh |

# PROPOSAL

Stephen Tarbell DB Tbell masonry
?' Hob St
Fitchie, MA 01420

| PROPOSAL NO. | |
|---|---|
| SHEET NO. | |
| DATE | 6/9/04 |

**PROPOSAL SUBMITTED TO:**

NAME: Keat mfer McHugh
ADDRESS: 105 St
Gardner MA
PHONE NO.: 978 6320460

**WORK TO BE PERFORMED AT:**

ADDRESS: 63
Gardner MA
DATE OF PLANS: 6/10/04
ARCHITECT: Stephen Tarbell

We hereby propose to furnish the materials and perform the labor necessary for the completion of

Build Chimney To code. Chimney Block Flues
r in Hood Footing Thimble (clay)
in of lead ull Ties
ll Line with the Job and cap of Chimney 45
k up Stove home owner supply mat for stove
Seal all masonry done by Tarbell
ADDITIONAL SUPPLIES NEEDED WILL BE PURCHASED BY OWNER & BALANCE WILL BE REDUCED BY THAT AMOUNT — Scott Tarbell
10 years guaranteed on Chimney
FREE CHIMNEY STUCO

All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work and completed in a substantial workmanlike manner for the sum of _____ Dollars ($ 3500.00)

with payments to be made as follows. 2600 down 900.00 apon completion

Respectfully submitted: [signature]
Per: Tarbell masonry

Any alteration or deviation from above specifications involving extra costs will be executed only upon written order, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control.

Note — This proposal may be withdrawn by us if not accepted within ___ days.

**ACCEPTANCE OF PROPOSAL**

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Date: 6/9/04
Scott Tarbell
9879392770

Signature: [signature]
Signature: [signature]

adams NC 3818-50
MADE IN USA

**PROPOSAL**

| **JUDGMENT FOR PLAINTIFF(S)** | DOCKET NUMBER<br>200463SC000329 | Trial Court of Massachusetts<br>District Court Department<br>Small Claims Session  |
|---|---|---|

CASE NAME   MICHAEL MCHUGH vs. STEPHEN TARBELL D/B/A TARBELL MASONRY

| PLAINTIFF(S) WHO ARE PARTIES TO THIS JUDGMENT<br>P01 MICHAEL MCHUGH | CURRENT COURT<br>Gardner District Court<br>108 Matthews Street<br>Gardner, MA 01440-1304<br>(978) 632-2373 |
|---|---|
| DEFENDANT(S) WHO ARE PARTIES TO THIS JUDGMENT<br>D01 STEPHEN TARBELL D/B/A  TARBELL MASONRY | PAYMENT REVIEW SCHEDULED for<br>12/02/2004 01:00 PM.  ⇐⇐⇐⇐ WHEN YOU MUST APPEAR<br><br>ROOM/SESSION  ⇐⇐⇐⇐ |
| PARTY TO WHOM THIS COPY OF JUDGMENT IS ISSUED<br>P01 MICHAEL MCHUGH<br>    63 CATHERINE STREET<br>    GARDNER, MA 01440 | FURTHER ORDERS OF THE COURT |
| ATTORNEY FOR PARTY TO WHOM THIS COPY OF JUDGMENT IS ISSUED | |

On the above claim, after default, the Court has entered JUDGMENT IN FAVOR OF THE PLAINTIFF(s) listed above.

The defendant(s) must pay the plaintiff(s) the "Judgment Total" shown below, plus additional postjudgment interest under General Laws c. 235 § 8 at the "Annual Interest Rate" shown below from the "Date Judgment Entered" shown below until the date of payment. The defendant(s) is required by law to pay the plaintiff(s) that total amount. Unless the defendant(s) failed to appear, the defendant(s) has a right of appeal within 10 days after receiving notice of this judgment. See the enclosed instructions for additional information.
The Court also issued a PAYMENT ORDER ordering the defendant(s) to pay the total amount by 10/28/2004.

The Court also scheduled this matter for a next event on the date shown above, at which both parties must appear unless excused. **The defendant(s) is subject to arrest for failing to appear.** See the enclosed instructions.

| | | |
|---|---|---|
| 1. | Date of Breach, Demand or Complaint | 8/6/04 |
| 2. | Date Judgment Entered | 9/28/04 |
| 3. | Number of Days of Prejudgment Interest  *(Line 2 - Line 1)* | 53 |
| 4. | Annual Interest Rate of  12.00%/ 365 = Daily Interest Rate | 0.032877% |
| 5. | Single Damages | $2,000.00 |
| 6. | Prejudgment Interest    *(lines 3x4x5)* | $34.85 |
| 7. | Double or Treble Damages Awarded by Court  *(where authorized by law)* | $0.00 |
| 8. | Costs   Filing Fee & Surcharge   *(G.L. c. 218 § 23 & c. 262 § 4C)* | $40.00 |
| 9. |  Attorney Fees Awarded by Court *(where authorized by law)* | $0.00 |
| 10. | Other Costs Awarded by Court | $0.00 |
| **11.** | **JUDGMENT TOTAL PAYABLE TO PLAINTIFF(S)**    *(lines 5+6+7+8+9+10)* | **$2,074.85** |

| DATE JUDGMENT ENTERED | CLERK-MAGISTRATE/ASST. CLERK |
|---|---|
| 9/28/04 | X   *William T. Clark* |

Date/Time Printed: 09/28/2004 10:50 AM

FORM NO.